**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PALMA, | Case No. CV 21-07424-DMG-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ERICA ARNOLD, et al., | |
| Defendants. | |

　　Pursuant to the Order Re Dismissal of Action, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED** without prejudice.

DATED: November 23, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE